## STARK v. CUMMINGS, administrator.

EVANS, P. J. When this case was under review in the 127 *Ga.* 107 (56 S. E. 130), it was said: "The undisputed evidence shows that the land was capable of subdivision into lots of sufficient value to discharge the fi. fa. The amount of taxes and costs was less than $8. The lowest estimate of the value of the entire lot was about $250. Under these circumstances, the levy upon the entire tract was excessive and the sale was void. The sheriff's deed being void, the verdict for the defendant is without evidence to support it."

The case was remanded for another trial, and at that trial the same evidence (except that referred to in the first headnote in 127 *Ga.* 107) was introduced, and two additional witnesses testified that the land, which was an entire land lot of 160 acres, was worth one dollar per acre. Under the former ruling a verdict for the defendant is without evidence to support it.

*Judgment reversed. All the Justices concur.*

Submitted February 2,—Decided March 10, 1909.

Cancellation of deed. Before Judge Fite. Dade superior court. March 18, 1908.

*T. J. Lumpkin, H. P. Lumpkin,* and *Z. D. Harrison,* for plaintiff.

---

## MORRIS v. DOUGHERTY.

EVANS, P. J. Where a case is brought to this court by direct bill of exceptions, and the only assignments of error relate to the admission of evidence, and no exception is taken to the final judgment, the writ of error will be dismissed. *Harrell* v. *Tift,* 70 *Ga.* 730; *Lyndon* v. *Ga. Ry. & El. Co.,* 129 *Ga.* 353 (58 S. E. 1047).

*Writ of error dismissed. All the Justices concur.*

Argued February 5,—Decided March 10. 1909.

Practice in the Supreme Court.

*Seaborn & Barry Wright* and *George A. H. Harris & Son,* for plaintiff in error. *Lipscomb, Willingham & Doyal,* contra.